# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

140968

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

RICKY L. NEWTON,
      Plaintiff-Appellant,

v

                                         SC: 140968
                                         COA: 295796

GENERAL MOTORS CORPORATION,
      Defendant-Appellee.
                                         WCAC: 09-000105

_____/

      On order of the Court, the application for leave to appeal the March 12, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

_____
Clerk

0719